JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. FLOYD, | NO. CV 12-1695 ABC (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Application for Enlargement of Time for Lack of Jurisdiction,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 6, 2012

_____
AUDREY B. COLLINS
United States District Judge